RECEIVED
CHAMBERS OF

JUN 2 6 2008

JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
        - v. -                     :        ORDER
                                   :
ENED GJELAJ,                       :        S1 07 Cr. 907 (SAS)
    a/k/a "Neddy,"                 :
                                   :
        Defendant.                 :
                                   :
- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08

        WHEREAS, with the defendant's consent, his guilty plea

allocution was taken before a United States Magistrate Judge on

June 26, 2008;

        WHEREAS, a transcript of the allocution was made and

thereafter was transmitted to the District Court; and

        WHEREAS, upon review of that transcript, this Court has

determined that the defendant entered the guilty plea knowingly

and voluntarily and that there was a factual basis for the guilty

plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea

is accepted.

SO ORDERED:

Dated:    New York, New York
          June 26, 2008


                                 _____
                                 HON. SHIRA A. SCHEINDLIN
                                 UNITED STATES DISTRICT JUDGE