UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

    - v. -

ENED GJELAJ,
    a/k/a "Neddy,"

                 Defendant.
-------------------------------------------------------------x

S1 07 Cr. 907 (SAS)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

### RESTITUTION ORDER

With the consent of the parties to the above-referenced case, it is hereby ORDERED that:

1. As a result of his conviction on Count Five of the above-referenced indictment, defendant Ened Gjelaj, a/k/a "Neddy," is adjudged liable for restitution, jointly and severally with his co-conspirators, in the following amounts:

    a. $32,065.45, payable to the New York State Crime Victims Board, 1 Columbia Circle, Albany, NY, 12203; and

    b. $2,303.34, payable to John Robert Rosenberg. The Government has Mr. Rosenberg's address, and will furnish that information to the Court separately from this Order.

So Ordered:

_____
Hon. Shira A. Scheindlin

Executed on: August 13, 2008
New York, New York